# United States District Court

### EASTERN DISTRICT OF TEXAS
### TEXARKANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CASE NO.  5:15CR15(2) |
| | § | (Judge Schroeder) |
| GREGORY PHILLIP WALKER | § | |

## FINDINGS OF FACT AND RECOMMENDATION ON GUILTY PLEA
## BEFORE THE UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636(b), this matter has been referred by the District Court for administration of the guilty plea and allocution under Rule 11 of the Federal Rules of Criminal Procedure.

On August 19, 2015, this cause came before the undersigned United States Magistrate Judge for guilty plea and allocution of the Defendant on a lesser included charge of Count 1 of the Indictment.  The lesser included charge of Count 1 charges a violation of 21 U.S.C. § 846.  After conducting said proceeding in the form and manner prescribed by Fed. R. Crim. P. 11, the Court finds:

   a.      That the Defendant, after consultation with counsel of record, has knowingly and voluntarily consented to the administration of the Guilty Plea and Allocution in this cause by a United States Magistrate Judge subject to a final approval and imposition of sentence by the District Court.

   b.      That the Defendant and the Government have entered into a plea agreement which has been filed and disclosed in open court pursuant to Fed. R. Crim. P. 11(c)(2).

   c.      That the Defendant is fully competent and capable of entering an informed plea, that the Defendant is aware of the nature of the charges and the consequences of the plea, and that the plea of guilty is a knowing and voluntary plea supported by an independent basis in fact containing

each of the essential elements of the offense.

        d.     Within fourteen (14) days after receipt of the magistrate judge's report, any party may serve and file written objections to the findings and recommendations of the undersigned. All parties have waived objections.

        IT IS THEREFORE RECOMMENDED that the District Court accept the Plea Agreement and the Guilty Plea of the Defendant, and that GREGORY PHILLIP WALKER should be finally adjudged guilty of the offense listed above.

        **SIGNED this 20th day of August, 2015.**

CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE